AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

<table>
<tr><td align="center"><b>Marco Verch</b><br><i>Plaintiff(s)</i></td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)<br>)<br>)<br>)</td><td>Civil Action No. <b>0:26-cv-61037</b></td></tr>
<tr><td align="center"><b>CitieFellow LLC d/b/a CitieGold</b><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*      CitieFellow LLC d/b/a CitieGold
c/o Registered Agent: Jose Pareja Sr.,
1944 NW 99th Circle
Pembroke Pines, FL 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, FL 33433
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:_____Apr 13, 2026_____

*s/ K. Rivers*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court